Case 2:05-cv-01449-RGK-SH Document 38 Filed 06/19/06 Page 1 of 5 Page ID #:58

LAW OFFICE OF JAMES McCALLION
James McCallion - State Bar #87148
3281 Guasti Road, Suite 425
Ontario, California 91761
(909)390-9999

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LORRAINE VELASQUEZ, et al. | CASE NO. CV 05-1449 RGK (SHX) |
| Plaintiff, | ORDER APPROVING COMPROMISE OF MINOR'S CLAIM |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**IT IS ORDERED** that the petition to approve the settlement of minor's claim of plaintiff LORRAINE VELASQUEZ, on behalf of her minor child, ALEXIS PEREZ, is approved.

The terms of the settlement are, the UNITED STATES agrees to pay the sum of $650,000.00. Out of the total settlement, $350,000.00 will be paid to LORRAINE VELASQUEZ, individually and her attorneys of record. Out of this sum will be paid attorneys' fees and costs with the balance going to LORRAINE VELASQUEZ in settlement of her own claim. The balance, or $300,000.00, is paid by the UNITED STATES to a life insurance company rated A+ by Best rating service, to fund an annuity that will make the following

/////

ORDER APPROVING COMPROMISE OF MINOR'S CLAIM

payments:

$500.00 per month for 6 years and 3 months certain only. Payments begin 1 month after annuity purchase. Payments increase by 2% compounded annually.

$16,335 a year for 4 years certain only. Payments begin 9/17/12.

$900.00 a month for life, 30 years certain. Payments begin 9/17/12. Payments increase by 2% compounded annually thereafter.

This annuity cannot be assigned, accelerated or replaced. All other terms concerning the annuity set forth in the previously filed stipulation apply.

The attorneys are requesting a fee equal to 25% of the total $650,000.00 settlement. This totals $162,500.00. In addition the attorneys request reimbursement for the following expenses:

**Paid by James McCallion**

| | |
|---|---:|
| expert fee (Guentz) | $ 2,362.50 |
| expert fee (Smith) | 3,475.00 |
| expert fee (Anfuso) | 6,425.00 |
| expert fee (Johnson) | 5,725.00 |
| missed appointment (Asarnow) | 1,400.00 |
| Federal Express | 78.95 |
| | $19,466.45 |

/////

/////

/////

/////

ORDER APPROVING COMPROMISE OF MINOR'S CLAIM 2 -

**Paid by Ann R. Deutscher**

| | |
|---|---:|
| Federal Express | $ 32.11 |
| postage | 21.08 |
| copies | 48.80 |
| expert fee (Schreiber) | 2,500.00 |
| expert fee (Ptak) | 600.00 |
| | $ 3,201.99 |

**Paid by Nicholas C. Rowley**

| | |
|---|---:|
| medical records | $ 428.37 |
| filing fees | 685.00 |
| expert fee (Morrison) | 800.00 |
| expert fee (Johnson) | 900.00 |
| mailing/shipping | 129.36 |
| process service | 1,347.77 |
| research | 426.05 |
| | $ 4,716.55 |

The following is a summary of the above.

| | |
|---|---:|
| Gross settlement | $650,000.00 |
| Medical expenses | $ 0.00 |
| Attorneys fees | $ 162,500.00 |
| Expenses of litigation | $ 27,384.99 |
| Petitioner's settlement | $ 160,115.01 |
| Total fees, settlement and expenses deducted | $350,000.00 |
| Balance funding minor's annuity | $300,000.00 |

The Petitioner has made a careful and diligent inquiry and investigation to ascertain the facts relating to the incident in which the minor was injured; the responsibility for the incident; and the nature, extent, and seriousness of the claimant's injuries. Petitioner fully understands that this compromise that the minor will be forever barred from seeking any further recovery of compensation even though the her injuries may in the future appear to be more serious than they are now thought to be.

ORDER APPROVING COMPROMISE OF MINOR'S CLAIM 3 -

1 | The Petitioner has recommended the compromise settlement and
2 | the court finds it is fair, reasonable, and in the best interest of
3 | the minor and orders the distribution to the minor is just and
4 | reasonable. The court further finds that the attorneys' fees order
5 | are reasonable and that the costs were incurred for the benefit of
6 | the minor.

8 | DATED: JUN 19 2006

_____
UNITED STATES DISTRICT JUDGE

ORDER APPROVING COMPROMISE OF MINOR'S CLAIM -4-

PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN BERNARDINO )

I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is One Lakeshore Centre, 3281 Guasti Road, Suite 425, Ontario, California 91761.

On May 3, 2006, I served the foregoing document described as **ORDER APPROVING COMPROMISE OF MINOR'S CLAIM** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Ms. Julie Zatz
> Ms. Gwendolyn M. Gamble
> **ASSISTANT UNITED STATES ATTORNEY**
> Room 7516, Federal Building
> 300 North Los Angeles Street
> Los Angeles, California 90012
>
> Ms. Ann Deutscher
> **WIENER & LAMBKA**
> 1400 Talbot Road South, Suite 460
> Renton, Washington 98055
>
> Mr. Nicholas C. Rowley
> **LAW OFFICE OF NICHOLAS C. ROWLEY**
> 3281 Guasti Road, Suite 425
> Ontario, California 91761

[xx] (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Ontario, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Ontario, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

Executed on May 3, 2006 at Ontario, California.

[ ] STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[xx] FEDERAL - I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

KIM M. STEPHENS                              _/s/ Kim M. Stephens_